IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LANICE ELMORE                                                                                          PLAINTIFF

V.                                           NO.  3:10cv00232 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## ORDER

Plaintiff has filed an unopposed motion for extension of time (doc. 12) in which to file her appeal brief.  The motion is granted.  Plaintiff is granted to and including February 3, 2011, in which to file her brief.

IT IS SO ORDERED this 29h day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE