IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LANICE ELMORE                                                         PLAINTIFF

v.                    Case No. 3:10CV00232 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                        DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 26th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE